IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Roger Gene Powers, #218734,            ) | |
| ) | C/A No. 3:07-4130-MBS |
| Petitioner,            ) | |
| ) | |
| vs.            ) | **O R D E R** |
| ) | |
| Leroy Cartledge, Warden of McCormick   ) | |
| Correctional Institution,            ) | |
| ) | |
| Respondent.            ) | |
| _____) | |

Petitioner Roger Gene Powers is an inmate in custody of the South Carolina Department of Corrections. On December 26, 2007, Petitioner, appearing pro se, filed the within petition under 28 U.S.C. § 2254 for writ of habeas corpus.

This matter is before the court on letter of Petitioner dated May 23, 2008. Petitioner requests the court dismiss his § 2254 petition to allow him to exhaust his state remedies. (Entry 22.) The court has construed Petitioner's letter as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2). Respondent filed no response to the motion.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pretrial handling. On June 13, 2008, the Magistrate Judge issued a Report and Recommendation in which he recommended that Petitioner's motion be granted. Respondent filed no objection to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the

Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record and concurs in the recommendation of the Magistrate Judge. The within action is dismissed pursuant to Rule 41(a)(2) without prejudice to allow Petitioner to exhaust his state remedies.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

July 17, 2008